## TABLE OF EXHIBITS

**Exhibit A**
  *Callaghan v. SPX Corp.*, 2010 WL 299497 (E.D. Mich. 2010
    Jan. 20, 2010) ................................................................................................. 4

**Exhibit B**
  *Kia Motors Am., Inc. v. Glassman Oldsmobile Saab Hyundai,
    Inc.*, 2012 WL 1622983, at *2 (E.D. Mich. May 9, 2012) .......................... 9, 11

**Exhibit C**
  *Black & Decker, Inc. v. Robert Bosch Tool Corp.*, 2006 WL
    3446144, at *4 (N.D. Ill. Nov. 29, 2006) .................................................. 14, 16

**Exhibit D**
  *Apple Inc. v. Samsung Elec. Co., Ltd.*, 2015 WL 9014387, at
    *5 (Fed.Cir. 2015) .................................................................................... 15, 16

**Exhibit E**
  *EB-Bran Prods. v. Warner Electra Atl. Inc.*, 2006 WL
    932085 E.D. Mich. (Apr. 10, 2006) ............................................................... 17